IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION



FILED

MAR 3 0 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TOM LANGEL and DEEANN LANGEL,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>METROCITIES MORTGAGE, LLC, SELECT PORTFOLIO SERVICING, INC., PROSPECT MORTGAGE, LLC, f/n/a Metrocities, THORNBURG MORTGAGE SECURITIES TRUST LOAN PASS-THROUGH CERTIFICATE SERIES 2006-3, BANK OF AMERICA, N.A., LASALLE BANK NATIONAL ASSOC., US BANK, N.A., and JOHN AND JANE DOES 1-25,<br><br>　　　　　　　Defendants. | No. CV-13-59-BU-SEH<br><br>ORDER |

Upon the record made in open court on March 30, 2016,

ORDERED:

Defendant Prospect Mortgage, LLC's Motion for Award of Attorneys' Fees and Costs[1] and The Trust's Rule 54(d) Motion for Attorneys' Fees and Nontaxable

---

[1] Doc. 371.

Expenses[2] are GRANTED IN PART. Defendants are entitled to seek and recover reasonable attorney fees and costs incurred in the defense of claims asserted by Plaintiffs. In addition, Defendant, Thornburg Mortgage Securities Trust Loan Pass-Through Certification Series 2006-3 ("Trust"), is entitled to seek and recover reasonable attorney fees and costs incurred in prosecution of its counterclaims.

FURTHER ORDERED:

This case is referred to Magistrate Judge John T. Johnston, to schedule and conduct all proceedings and hearings necessary, and to submit to the Court proposed findings of fact and conclusions of law and recommendations for awards of reasonable attorneys' fees and costs to be allowed to Defendants Prospect Mortgage, LLC and the Trust. 28 U.S.C. § 636(b)(1)(B).

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Johnston of the making of this Order.

DATED this 30th day of March, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court

---

[2] Doc. 377.